**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KELVIN J. COLLIER**                                                                                    **PLAINTIFF**

**VS.**                                    **CASE NO. 4:06-CV-01709 GTE**

**CORRECTIONAL MEDICAL
SERVICES, et al.**                                                                                         **DEFENDANTS**

## ORDER

Plaintiff's Motion for Preliminary Injunction remains pending. Therein, Plaintiff seeks preliminary injunctive relief in the form of immediate medical treatment, specifically, an examination by a qualified orthopedic specialist to treat a rotator cuff tear of his right shoulder. The Court previously held the motion in abeyance pending a scheduled appointment with an orthopedic surgeon.[1]

On January 24, 2008, Defendants filed a status report confirming that Plaintiff had been examined on January 16, 2008, by Dr. Lytle, an orthopedist. On January 28, 2008, Plaintiff filed a response acknowledging that he had been examined by Dr. Lytle as noted. Plaintiff further noted that Dr. Lytle had recommended that Plaintiff undergo a procedure. The Court understands that the procedure recommended by Dr. Lytle has been scheduled, but not completed. Plaintiff has requested, based on Defendants' alleged history of not providing physician recommended treatment or procedures, that the Court continue to hold his Motion for Preliminary Injunction in abeyance.

It appears, and Plaintiff does not dispute, that Plaintiff is now being provided the medical

---

[1] (*See* Court's Order dated January 8, 2008, docket no. 97).

- 1 -

treatment he sought to prevent further damage to his shoulder.  While Plaintiff concedes that there is presently no factual or legal basis for the extraordinary remedy of preliminary injunctive relief, he urges the Court to leave such motion pending, in case Defendants might commit some future act or omission justifying such relief.  The Court declines to do so.  Should any grounds for preliminary injunctive relief arise prior to the resolution of this case on the merits, Plaintiff may file a Second Motion for Preliminary Injunction.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Preliminary Injunction (Docket No. 61) and the pending Partial Report and Recommendations (Docket No. 67) be, and they are hereby, DENIED as MOOT.

IT IS SO ORDERED this   25th   day of February, 2008.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE