# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

KELVIN J. COLLIER                                                                                  PLAINTIFF
ADC #110512

V.                                         NO: 4:06CV01709 GTE/HDY

CORRECTIONAL MEDICAL
SERVICES *et al.*                                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendant Hermann Jonak's motion for summary judgment (docket entry #99) is GRANTED, and Plaintiff's claims against Jonak are DISMISSED WITH PREJUDICE.

DATED this   3rd   day of April, 2008.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE