**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

KELVIN J. COLLIER                                                                                          PLAINTIFF
ADC #110512

V.                                             NO: 4:06CV01709 GTE/HDY

CORRECTIONAL MEDICAL
SERVICES *et al.*                                                                                       DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young.[1]  Plaintiff has filed a response indicating that he does not object to the recommended dismissal of Defendant Mona McCarty.  Based on a review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant Mona McCarty are DISMISSED WITHOUT PREJUDICE, and her name is removed as a party Defendant.

DATED this  18th  day of August, 2008.

                                                                        _/s/Garnett Thomas Eisele_____
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 157, filed July 23, 2008.