**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

KELVIN J. COLLIER                                                                                    PLAINTIFF
ADC #110512

V.                                          NO: 4:06CV01709 GTE/HDY

CORRECTIONAL MEDICAL
SERVICES *et al.*                                                                                    DEFENDANTS

## ORDER

In response to the Court's order of August 18, 2008 (docket entry #160), and in anticipation of the pre-jury evidentiary hearing scheduled for Monday, February 2, 2009, at 9:30 a.m. in Room #2B, of the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas; Plaintiff has submitted a proposed witness list (docket entry #167). Plaintiff requests two witnesses to be called on his behalf other than himself. The Court notes that the evidentiary hearing to be conducted is limited in scope. Due to this limited scope, the Court concludes that Plaintiff's requested witness should be denied.

IT IS THEREFORE ORDERED THAT:

1. Due to the limited nature of the evidentiary hearing, Plaintiff's proposed witnesses are denied.

2. The Arkansas Department of Correction is directed to ensure Plaintiff's attendance at the hearing, and to bring Plaintiff's institutional and medical jackets to the hearing.

DATED this __16__ day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE